Writ of Habeas Corpus Denied, Opinion issued November 16, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01558-CV

## IN RE DAVID MCCREARY, Relator

**Original Proceeding from the 401st Judicial District Court
Collin County, Texas
Trial Court Cause No. 401-52567-2011**

## MEMORANDUM OPINION

Before Justices Bridges, Lang, and Fillmore
Opinion by Justice Fillmore

Relator contends the trial judge erred in holding him in contempt and ordering him to be incarcerated. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. Accordingly, we **DENY** relator's petition for writ of habeas corpus. *See* TEX. R. APP. P. 52.8(a); *Ex parte Barnett*, 600 S.W.2d 252, 254 (Tex. 1980) (orig. proceeding).

ROBERT M. FILLMORE
JUSTICE